**2010–1802.   State v. Davis.**
Butler App. No. CA2009–10–263. This cause is pending before the court as a discretionary appeal and

claimed appeal of right. Upon consideration of appellant's motion for stay of execution set for November 9, 2010,

It is ordered by the court that the motion is granted.